**DIVERSIFIED ENTERPRISES, INC.,**
**Appellant,**

**v.**

**Margaret B. TACKETT, Executrix of the**
**Will of Kyle F. Tackett, Deceased, and**
**Big Boy Realty Inc., Appellees.**

Court of Appeals of Kentucky.

Nov. 8, 1974.

Rehearing Denied Feb. 7, 1975.

William A. Young, Young & Williams, Frankfort, for appellant.

E. Gaines Davis, Jr., Smith, Davis & Duff, Herbert D. Liebman, Frankfort, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

**UNION LABOR HOUSING, INC.**

**v.**

**Harry A. KELSON and Workmen's**
**Compensation Board.**

Court of Appeals of Kentucky.

Nov. 22, 1974.

Rehearing Denied Feb. 7, 1975.

William G. Lehnig, Louisville, for appellant.

Benjamin Mazin, Louisville, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

**Billy A. DOWELL, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 22, 1974.

Rehearing Denied Feb. 7, 1975.

Anthony M. Wilhoit, Public Defender, Timothy T. Riddell, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Robert W. Riley, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

* Opinion ordered not to be published.